## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PHE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-CV-00480-SNLJ |
| | ) | |
| DOES 1-27. | ) | *JURY TRIAL DEMANDED* |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CORRECTED OPPOSITION TO DEFENDANT DOE 21 MOTION TO QUASH SUBPOENA DECUS TECUM FOR PRODUCTION OF DOCUMENTS SERVED UPON CHARTER COMMUNICATIONS, INC. AND TO LITIGATE THE SUBPOENA ANONYMOUSLY

### I.     Introduction

This opposition responds to a motion to quash subpoena and to litigate the subpoena anonymously filed by Defendant Doe Number 21 ("Doe 21"). This motion should be denied for the reasons set forth herein.

### II.     Argument

#### a.  Defendant Doe 21 Previously Disclosed his Identifying Information to Plaintiff, thereby Mooting his Motion to Quash.

First and foremost, Doe 21's motion to quash is moot. Doe 21 previously voluntarily disclosed his identity to Plaintiff's counsel. On April 30, 2013, Doe 21[1] contacted Plaintiff's counsel by telephone and disclosed his identifying information in conjunction with his Internet Protocol address. The information provided by Doe 21 during this phone call is sufficient for

---

[1] Plaintiff will refrain from using Doe 21's identifying information in Court filings until the Court rules on Doe 21's co-pending Motion to Litigate the Subpoena Anonymously.

Plaintiff to proceed with naming and serving him. Plaintiff would not be opposed to receiving

further identifying information for Doe 21's Internet Service Provider, but such further

information is no longer necessary for Plaintiff's case to progress against Doe 21.

### b. Doe 21 Should not be Allowed to Proceed Anonymously or Restrict Disclosure of Identifiable Information to Plaintiff.

Whether a litigant may proceed anonymously requires balancing the "litigant's substantial

right to privacy" with the "constitutionally embedded presumption of openness in judicial

proceedings." *Liberty Media Holdings v. Swarm Sharing Hash File AE34, and Does 1 through

38 et al.,* 821 F. Supp. 2d 444, 452 (D. Mass. 2011) (citations omitted).

"The Rules permit the Court to enter a protective order 'for good cause,' in order to

'protect a party or person from annoyance, embarrassment, oppression, or undue burden or

expense.'" *Raw Films, Ltd. V. Does 1-15,* No. 11-7248, 2012 WL 1019067 at *6 (E.D. Pa. Mar.

26, 2012) (citation omitted). Doe 21 has failed to meet his burden in showing that such a privacy

interest exists which would require the entry of such an order.  "A Doe defendant who has

allegedly used the internet to unlawfully download and disseminate copyrighted material does

not have a significant expectation of privacy." *Id.* at *8. Here, Doe 21's "interest is substantially

outweighed by the need to disclose it so that the plaintiff may proceed with bringing what appear

to be non-frivolous claims of copyright infringement that cannot be advanced by other means."

*Id.* Similarly, "the potential embarrassment or social stigma that [the Doe Defendants] may face

once their identities are released in connection with this lawsuit is not grounds for allowing them

to proceed anonymously." *Liberty Media Holdings, LLC v. Swarm Sharing Hash File AE34,* 821

F. Supp. 2d 444, 453 (D. Mass. 2011).

### III.   Conclusion

For the reasons set forth herein, Plaintiff respectfully requests that Defendant Doe 21's Motion to Quash and Motion to Litigate Anonymously be denied.

Dated:  June 19, 2013

Respectfully submitted,
PHE, INC.

By its Attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: */s/ Paul A. Lesko*
Paul A. Lesko – E.D.Mo. Bar No. 51914
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

*Attorney for Plaintiff PHE, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013 I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record as set forth below:

**Dan J. Kazanas**
LAW OFFICE OF DAN J. KAZANAS
321 West Port Plaza Drive
Suite 210
St. Louis, MO 63146
314-449-8174
Fax: 314-499-8173
Email: dan.kazanas@global-lawfirm.com
***Attorney for Doe 21***

**Richard A. Gartner**
GARTNER LAW FIRM
220 Salt Lick Road
St. Peters, MO 63376
636-397-2111
Fax: 636-397-7625
Email: richard.gartner@gartnerlawfirm.com
***Attorney for Doe 1***

*/s/ Paul A. Lesko*
*Attorney for Plaintiff West Coast Productions, Inc.*