## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13-CV-00480 |
| | ) |
| Does 1-27, | ) *JURY TRIAL DEMANDED* |
| | ) |
|     Defendants. | ) |
| | ) |

### DISMISSAL OF DOE NO. 12 PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Number 12. This Notice of Dismissal is specific to Doe Defendant 12 and does not apply to any Defendants other than the Defendant listed herein. Doe 12 has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal twenty-five (25) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendant 12 **with prejudice**.

Respectfully submitted,
PLAINTIFF PHE, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
   ANGELIDES & BARNERD LLC

Dated: June 20, 2013

By: */s/ Paul A. Lesko*
Paul A. Lesko – E.D. Mo. Bar No. 51914
One Court Street
Alton, IL 62002
(618) 259-2222
(618) 259-2251-*facsimile*
plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed the foregoing document via

the Court's ECF, electronic email system, upon all of record:


Dan J. Kazanas
LAW OFFICE OF DAN J. KAZANAS
321 West Port Plaza Drive, Suite 210
St. Louis, MO 63146
Phone: 314-449-8174/Fax: 314-499-8173
dan.kazanas@global-lawfirm.com
*Attorney for Doe #21*


Richard A. Gartner
GARTNER LAW FIRM
220 Salt Lick Road
St. Peters, MO 63376
Phone: 636-397-2111 / Fax: 636-397-7625
richard.gartner@gartnerlawfirm.com
*Attorney for Doe #1*


*/s/ Paul A. Lesko*
Paul A. Lesko – Attorney for Plaintiff PHE, Inc.